PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
ARIN HEINZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-MJ-00133-EPG |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RYAN MICHAEL VILLA, | DATE: November 16, 2023 TIME: 2:00 p.m. COURT: |
| Defendant. | |

This case is set for a detention hearing on November 16, 2023. The parties agree and stipulate to schedule the preliminary hearing on December 22, 2023 at 2:00 p.m. before the duty magistrate. The parties desire time to explore the possibility of a pre-indictment resolution. In order to gather the necessary information, review it, and engage in fruitful discussions, the parties need the time requested.

If the case is continued, this Court should designate a new date for the preliminary hearing. *United States v. Lewis,* 611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be "specifically limited in time").

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a detention hearing on November 16, 2023.

2. By this stipulation, defendant now moves to schedule the preliminary hearing on

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

**December 22, 2023, at 2:00 p.m.** and to exclude time between November 16, 2023, and December 22, 2023.

    3.      The parties agree and stipulate, and request that the Court find the following:

          a)      The parties are discussing and conducting further investigation into pre-indictment matters, and need additional time to conclude.

          b)      Counsel for defendant desires additional time to consult with his client, conduct further investigation, and further discuss charges with the government.

          c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

          d)      The government does not object to the continuance.

          e)      Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause". Here, the defendant consents and there is good cause as set forth herein.

          f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

          g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of November 16, 2023 to December 22, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

IT IS SO STIPULATED.

Dated:  November 13, 2023                    PHILLIP A. TALBERT
                                                                      United States Attorney

                                                                      /s/ ARIN HEINZ
                                                                      ARIN HEINZ
                                                                      Assistant United States Attorney

Dated:  November 13, 2023                    /s/ DANIEL HARRELSON
                                                                       DANIEL HARRELSON
                                                                       Counsel for Defendant
                                                                       RYAN MICHAEL VILLA

## FINDINGS AND ORDER

This COURT HEREBY FINDS and ORDERS:

1) That there is good cause, pursuant to F.R.Cr.P. 5.1(c) and (d), to schedule the preliminary hearing in this matter for December 22, 2023, at 2:00 p.m.  The defendant is ordered to appear.

2) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of November 16, 2023 to December 22, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

IT IS SO ORDERED.

Dated:  **November 14, 2023**

                                                                     UNITED STATES MAGISTRATE JUDGE